**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TERRIE LYNN WILCUTT,<br>          Plaintiff,<br><br>                    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | No. 5:19-cv-01205-VEB<br><br>**JUDGMENT** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: May 4, 2020          /s/Victor E. Bianchini
                           VICTOR E. BIANCHINI
                           UNITED STATES MAGISTRATE JUDGE