1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | TERRIE LYNN WILCUTT, | ) Case No.:  5:19-cv-01205-VAP-VEB |
| 11 | Plaintiff, | ) ORDER AWARDING EQUAL ) ACCESS TO JUSTICE ACT |
| 12 | vs. | ) ATTORNEYS' FEES AND ) EXPENSES PURSUANT TO 28 |
| 13 | ANDREW SAUL, Commissioner of Social Security, | ) U.S.C. § 2412(d) AND COSTS ) PURSUANT TO 28 U.S.C. § 1920 |
| 14 | | ) |
| 15 | Defendant | ) ) |
| 16 | _____ | ) |

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that attorneys' fees and expenses in the amount of

20 $3,172.73 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C.

21 § 1920, be awarded subject to the terms of the Stipulation.

22

23 DATE:    August 11, 2020    /s/Victor E. Bianchini
                              VICTOR E. BIANCHINI
24                            UNITED STATES MAGISTRATE JUDGE

25

26